LESTER H. CROWTHER, Executor, *v.* ADOLPH B. HIRSCHMANN

[No. 9, January Term, 1937.]

*Decided March 16th, 1937.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHN-SON, JJ.

*Lester H. Crowther* and *Charles F. Obrecht,* for the appellant.

*Jacob Kartman,* with whom were *Makover & Kartman* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.